UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

      Plaintiff,

CASE NO.: 0:18-60438-CIV-KMW

vs.

HILLSBORO FOODS, INC.,
d/b/a MCDONALD'S #6653,

      Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, HILLSBORO FOODS, INC. d/b/a MCDONALD'S #6653 ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

April 25, 2018.

| **WEISS LAW GROUP, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | Esperante Building |
| Suite 103 | 222 Lakeview Ave., Suite 120 |
| Coral Springs, FL 33067 | West Palm Beach, Florida 33401 |
| Tel: (954) 573-2800 | Telephone: (561) 383-9200 |
| Fax: (954) 573-2798 | Facsimile: (561) 683-8977 |
| BY:  /s/ Jason S. Weiss | By:  /s/ Justin C. Sorel |
|     JASON S. WEISS |     JUSTIN C. SOREL |
|     Jason@jswlawyer.com |     FBN: 0016256 |
|     Florida Bar No. 356890 |     Justin.Sorel@csklegal.com |