UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-60438-WILLIAMS

HOWARD COHAN,

    Plaintiff,

vs.

HILLSBORO FOODS, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice [DE 11].  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Dismissal with Prejudice is **GRANTED**.

2. The Plaintiff's action against Defendant is **DISMISSED WITH PREJUDICE**.

Each party is to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 17 day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE